UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:18CR275(JBA) |
| v. | : | |
| WILLIAM SCOTT | : | DECEMBER 6, 2018 |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Michael J. Gustafson, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Monday, December 17, 2018, at 11:00 A.M., there will come before this Court, at 450 Main Street, Hartford, Connecticut, the criminal case of United States of America v. William Scott, No. 3:18CR275(JBA).

2. That the above-named defendant, WILLIAM SCOTT (DOB: 1979, Inmate #426537) is charged with violation of 18 U.S.C. §922(g)(1), Possession of a Firearm and Ammunition by a Convicted Felon.

3. That the said WILLIAM SCOTT is now confined at the Department of Correction, Hartford Correctional Center, 177 Weston Street, Hartford, Connecticut.

4. That the said defendant should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Department of Correction, Hartford

Correctional Center, 177 Weston Street, Hartford, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, or Special Agents or Task Force Officers of the Bureau of Alcohol, Tobacco, Firearms and Explosives, ordering them to produce the said WILLIAM SCOTT at the United States Courthouse, 450 Main Street, Hartford, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

*SDV2 FOR:*

MICHAEL J. GUSTAFSON
ASSISTANT UNITED STATES ATTORNEY
FED. BAR NO. ct01503
UNITED STATES ATTORNEY'S OFFICE
450 MAIN STREET, ROOM 328
HARTFORD, CT  06103
(860) 947-1101